# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

IN RE CORTLANDT LIQUIDATING LLC,

                Debtors.

-----------------------------------------------------------------X

LINCOLN TRIANGLE COMMERCIAL HOLDING CO. LLC,,

                Appellant,                23 **CIVIL** 3262 (MKV)

    -against-                                  **JUDGMENT**

ALAN D. HALPERIN solely in his capacity as Plan Administrator of Cortlandt Liquidating LLC,

                Appellee.

-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 26, 2024, the Order of the Bankruptcy Court sustaining the objection to Claim 1066 is AFFIRMED in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
          March 27, 2024

                                            **RUBY J. KRAJICK**

                                                Clerk of Court

                        BY:

                                                  **Deputy Clerk**